In the Matter of the Construction of the Will of SARAH M. ANDERSON, Deceased.

RICHARD TRYON, Appellant; GRACE A. DALEY, Respondent.

Argued September 30, 1937; decided October 19, 1937.

*Mortimer A. Federspiel* and *Stacy D. Behe* for appellant.
*W. Alfred Brim* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.